FILED

James Watson

15073 Carolina Ave

Moreno Valley, CA 92551

Defendant in Pro Per

No fax, email, or phone

2017 OCT 26 PM 3: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BILL ALLEN,

      Plaintiff,

      Vs.

FURLEY WILLIAMS, MIGUEL MENDEZ,
AND DOES 1 TO 10 INCLUSIVE

      Defendant.

ED CV17-02205

Case No.

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant **James Watson** (In Pro Per) hereby remove to this Court the state court action described below.

    1.    On September 25, 2017, an action was commenced in the Superior Court of the state of California in the county of Riverside, entitled, BILL ALLEN, PLAINTIFF VS. FURLEY WILLIAMS, MIGUEL MENDEZ, JAMES WATSON, and does 1 to 10 INCLUSIVE DEFENDANT, as case number RIC1715850.

NOTICE OF REMOVAL - 1

2.    A copy of all pleadings, process and orders served on this removing Defendant in the state court action (the state court "file") is attached hereto as **EXHIBIT A**

**JURISDICTION**

Defendant's removal is pursuant to Rule 11 of Federal Rules of Civil Procedure and 28 USC Section 1332 Et Seq, since Defendant alleges Plaintiff does not reside in this state and damages as a result of an unfair eviction will exceed amounts noted in 28 USC Section 1332.

**DATED: October 26, 2017**

BY: _____

        **Defendant, IN PRO PER**

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FURLEY WILLIAMS, MIGUEL MENDEZ, DOES 1 TO 10
INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BILL ALLEN

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

AUG 24 2017

E. Rodriguez

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
RIVERSIDE SUPERIOR COURT
4050 MAIN STREET
4050 MAIN STREET
RIVERSIDE, CA 92501
RIVERSIDE

CASE NUMBER:
*(Número del Caso):*
RIC 1715850

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BARRY LEE O'CONNOR, ATTORNEY AT LAW, BAR #134549      (951)689-9644
BARRY LEE O'CONNOR & ASSOCIATES, A PLC      (951)352-2325
3691 ADAMS STREET
RIVERSIDE, CA 92504

3. *(Must be answered in all cases.)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: AUG 2 4 2017
*(Fecha)*

Clerk, by **Elizeth Rodriguez** , Deputy
*(Secretario)*      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)      ☐ other *(specify):*

5. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

BARRY LEE O'CONNOR, ATTORNEY AT LAW, BAR #134549
BARRY LEE O'CONNOR & ASSOCIATES, A PLC
3691 ADAMS STREET

RIVERSIDE, CA 92504
    TELEPHONE NO.: (951)689-9644     FAX NO. *(Optional)*: (951)352-2325
E-MAIL ADDRESS *(Optional)*:
    ATTORNEY FOR *(Name)*: PLAINTIFF

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**AUG 24 2017**

E. Rodriguez

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
    STREET ADDRESS: 4050 MAIN STREET
    MAILING ADDRESS: 4050 MAIN STREET
    CITY AND ZIP CODE: RIVERSIDE, CA 92501
    BRANCH NAME: RIVERSIDE

PLAINTIFF: BILL ALLEN

DEFENDANT: FURLEY WILLIAMS, MIGUEL MENDEZ, DOES 1 TO 10 INCLUSIVE
[X] DOES 1 TO 10 INCLUSIVE

| COMPLAINT — UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| [X] COMPLAINT    [ ] AMENDED COMPLAINT *(Amendment Number)*: _____ | RIC 1715850 |

**Jurisdiction** *(check all that apply)*:
[X] **ACTION IS A LIMITED CIVIL CASE**
    Amount demanded    [X] does not exceed $10,000
                      [ ] exceeds $10,000 but does not exceed $25,000
[ ] **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply)*:
    [ ] from unlawful detainer to general unlimited civil (possession not in issue)    [ ] from limited to unlimited
    [ ] from unlawful detainer to general limited civil (possession not in issue)    [ ] from unlimited to limited

1. PLAINTIFF *(name each)*: BILL ALLEN

    alleges causes of action against DEFENDANT *(name each)*: FURLEY WILLIAMS, MIGUEL MENDEZ

2. a. Plaintiff is    (1) [X] an individual over the age of 18 years.    (4) [ ] a partnership.
              (2) [ ] a public agency.    (5) [ ] a corporation.
              (3) [ ] other *(specify)*:

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county)*:
    15073 CAROLINA AVE MORENO VALLEY CA 92551 RIVERSIDE COUNTY

4. Plaintiff's interest in the premises is [X] as owner   [ ] other *(specify)*:
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date)*: 05/01/14       defendant *(name each)*: FURLEY WILLIAMS, MIGUEL MENDEZ

    (1) agreed to rent the premises as a [ ] month-to-month tenancy [X] other tenancy *(specify)*: 12 MONTH LEASE
    (2) agreed to pay rent of $ 1,300.00 payable [X] monthly [ ] other *(specify frequency)*:
    (3) agreed to pay rent on the [X] first of the month [ ] other day *(specify)*:
   b. This [X] written [ ] oral agreement was made with
    (1) [ ] plaintiff.             (3) [ ] plaintiff's predecessor in interest.
    (2) [X] plaintiff's agent.     (4) [ ] other *(specify)*:

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]
       **COMPLAINT—UNLAWFUL DETAINER**     Legal Solutions Plus
       Civil Code, § 1940 et seq.
       Code of Civil Procedure §§ 425.12, 1166

| PLAINTIFF (Name): BILL ALLEN | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): FURLEY WILLIAMS, MIGUEL MENDEZ, DOES 1 TO 10 INCLUSIVE | |

9. ☐   Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒   At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 1,830.00

11. ☒   The fair rental value of the premises is $ 60.16                per day.

12. ☐   Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 12.)

13. ☒   A written agreement between the parties provides for attorney fees.

14. ☐   Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

          Plaintiff has met all applicable requirements of the ordinances.

15. ☐   Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**

a. possession of the premises.

b. costs incurred in this proceeding:

c. ☒ past-due rent of $ 1,830.00

d. ☒ reasonable attorney fees.

e. ☒ forfeiture of the agreement.

f. ☒ damages at the rate stated in item 11 from (date): 09/01/17               for each day that defendants remain in possession through entry of judgment.

g. ☐ statutory damages up to $600 for the conduct alleged in item 12.

h. ☐ other (specify):

18. ☒  Number of pages attached (specify): 19

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. (Complete in all cases.) An unlawful detainer assistant  ☒ did not  ☐ did   for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state):

a. Assistant's name:

b. Street address, city, and zip code:

c. Telephone No.:

d. County of registration:

e. Registration No.:

f. Expires on (date):

Date: 08/24/17

BARRY LEE O'CONNOR, ATTORNEY AT LAW, BAR #134549
          (TYPE OR PRINT NAME)

►                              /S/
                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
      (TYPE OR PRINT NAME)

►
_____
      (SIGNATURE OF PLAINTIFF)